Same case below, 354 Fed. Appx. 760.

No. 09-10818. Juan M. Fox, Petitioner v. Steve Upton, Warden, et al.

562 U.S. 853, 131 S. Ct. 112, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6016, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10823. Robert Arrington, Petitioner v. Georgia.

562 U.S. 853, 131 S. Ct. 112, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6037.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 286 Ga. 335, 687 S.E.2d 438.

No. 09-10828. Mark Osterback, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

562 U.S. 853, 131 S. Ct. 112, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6174.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 23 So. 2d 113.

No. 09-10829. Robert L. Pingaro, Petitioner v. Ameriquest Mortgage Company, et al.

562 U.S. 853, 131 S. Ct. 112, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6131.

October 4, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

No. 09-10832. Billy Wayne Lewis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 853, 131 S. Ct. 112, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6014.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10833. Andrew J., Petitioner v. Nebraska.

562 U.S. 853, 131 S. Ct. 113, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6031.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 279 Neb. 81, 776 N.W.2d 519.

No. 09-10834. John Witherow, Petitioner v. Dorla Salling, et al.

562 U.S. 853, 131 S. Ct. 113, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6039.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.